UNIVERSITY OF CALIFORNIA, SAN DIEGO                                       UCSD



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

RADY SCHOOL OF MANAGEMENT                                9500 GILMAN DRIVE #0554
                                                         LA JOLLA, CALIFORNIA 92093-0554
                                                         WEB: www.rady.ucsd.edu

My name is Joey Engelberg, and I am a Professor of Finance at the UCSD. I have started a research project with colleagues which attempts to use Large Language Models (LLMs) to process the court filings of acquisition cases. We are interested in whether the information the LLM gleans from the court filings in these cases is impounded in the prices of the publicly traded target companies involved. Specifically, we will have the LLM read the court filings for each acquisition case, come up with a probability of the acquisition going through in each case and see if that information can be used to predict the future return of the acquirer in each case. To do this, we will need a large sample of cases involving acquisitions. From our investigation of a few of these cases on Pacer, each case has dozens of associated filings totaling thousands of pages each. Given a cost of 10 cents per page, collecting all filings for all acquisitions, will likely exceed my research budget. However, because most of these cases occur in the D.C. court, I am requesting an exemption from your court.

Thank you for considering my request, and please let me know if you need any additional information from me.

Sincerely,

*[signature]*

Joseph Engelberg
Professor of Finance
Atkinson/Epstein Chair in Management Leadership
UCSD Rady School of Management
Tel (858)-822-7912
jengelberg@ucsd.edu