| CIVIL CASE | CIVIL COURT | Case number |
|---|---|---|
| USA v. GEORGIA-PACIFIC CORP, | District of Columbia | 1:00CV02824 |
| UNITED STATES OF AME v. ECHOSTAR COMMUNICATION | District of Columbia | 1:02CV02138 |
| UNITED STATES OF AME v. NORTHROP GRUMMAN CORPO | District of Columbia | 1:02CV02432 |
| UNITED STATES OF AME v. CAL DIVE INTERNATIONAL | District of Columbia | 1:05CV02041 |
| UNITED STATES OF AM v. VERIZON COMMUNICATIONS | District of Columbia | 1:05CV02103 |
| UNITED STATES OF AME v. CAMERON INTERNATIONAL | District of Columbia | 1:09CV02165 |
| UNITED STATES OF AME v. TICKETMASTER ENTERTAIN | District of Columbia | 1:10CV00139 |
| UNITED STATES OF AME v. INTERNATIONAL PAPER CO | District of Columbia | 1:12CV00227 |
| UNITED STATES OF AM v. UNITED TECHNOLOGIES CO | District of Columbia | 1:12CV01230 |
| UNITED STATES OF AM v. MARTIN MARIETTA MATERI | District of Columbia | 1:14CV01079 |
| UNITED STATES OF AME v. NEXSTAR BROADCASTING G | District of Columbia | 1:14CV02007 |
| UNITED STATES OF AM v. AMC ENTERTAINMENT HOLD | District of Columbia | 1:15CV02181 |
| UNITED STATES OF AME v. CHARTER COMMUNICATIONS | District of Columbia | 1:16CV00759 |
| UNITED STATES OF AM v. NEXSTAR BROADCASTING G | District of Columbia | 1:16CV01772 |
| UNITED STATES OF AME v. AMC ENTERTAINMENT HOLD | District of Columbia | 1:16CV02475 |
| UNITED STATES OF AM v. CLEAR CHANNEL OUTDOOR | District of Columbia | 1:16CV02497 |
| UNITED STATES OF AME v. UNITED TECHNOLOGIES CO | District of Columbia | 1:18CV02279 |
| UNITED STATES OF AME v. DEUTSCHE TELEKOM AG, E | District of Columbia | 1:19CV02232 |
| UNITED STATES OF AM v. ZF FRIEDRICHSHAFEN A.G | District of Columbia | 1:20CV00182 |
| UNITED STATES OF AME v. UNITED TECHNOLOGIES CO | District of Columbia | 1:20CV00824 |
| FTC v. ALLIANT TECHSYSTEMS | District of Columbia | 1:92CV02499 |